UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Paul Y Choi<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-22125<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

To add to the Chapter 13 Plan, Part 8, Nonstandard Plan Provisions, section 8.1 to add the following:

1. The Chapter 13 plan payments will increase from $638 to $948 per month commencing with the December 2018 plan payment until the end of the plan.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV 26 2018

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko